

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Central District of California

Orange County Division



FILED
CLERK, U.S. DISTRICT COURT

DEC 2 3 2021

CENTRAL DISTRICT OF CALIFORNIA
BY RO                    DEPUTY

)
)  Case No.  8:21-cv-02118-FMO-AGR
)          (to be filled in by the Clerk's Office)
)
)
)

Zachary Castañeda #3128899

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Related DDJ

Spectrum News1 channel
KCal9 Channel
UniMas 46 Channel
Steve Jones

**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



5585  87

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Zachary Castañeda |
| All other names by which you have been known: | |
| ID Number | D6644293    #3128898 |
| Current Institution | Theo Lacy Facility |
| Address | 501 The City Dr. South |
| | Orange          CA        92868 |
| | *City*          *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UniMas 46 Channel |
| Job or Title *(if known)* | Wade Davis |
| Shield Number | |
| Employer | Univision |
| Address | 605 Third Avenue |
| | New York        NY        10158 |
| | *City*          *State*        *Zip Code* |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Steve Jones |
| Job or Title *(if known)* | The Mayor Of The City Of Garden Grove |
| Shield Number | |
| Employer | County Of Orange California |
| Address | 11222 Acacia PKWY |
| | Garden Grove    CA        92840 |
| | *City*          *State*        *Zip Code* |

[✓] Individual capacity    [✓] Official capacity

II.    Basis For Jurisdiction    B.

B. Spectrum News 1 Channel. Has Violated My Cons-
titutional Right's. Amendment Number 8. Cruel & Unusual
Punishment Inflicted.

B. K Cal 9 Channel. Has Violated My Constitutional Right's.
Amendment Number 8. Cruel & Unusual Punishment Inflicted.

B. Univas Channel. Has Violated My Constitutional Right's.
Amendment Number 8. Cruel & Unusual Punishment Inflicted.

B. Steve Jones The Mayor OF The City OF Garden Grove.
Has Violated My Constitutional Right's. Amendment Number
8. Cruel & Unusual Punishment Inflicted.

II.    Basis For Jurisdiction    C.

C. Spectrum News 1 Channel Has Violated My Constitu-
tional Human Right's Amendment Number 8. Cruel & Un-
usual Punishment Inflicted.

C. KCal 9 Channel Has Violated My Constitutional Human
Right's Amendment Number 8. Cruel & Unusual Punishment
Inflicted.

C. UniMas Channel Has Violated My Constitutional Human
Right's Amendment Number 8. Cruel & Unusual Punishment
Inflicted.

C. Steve Jones The Mayor Of the City Of Garden Grove
Has Violated My Constitutional Human Right's Amendment
Number 8. Cruel & Unusual Punishment Inflicted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      KCal 9 Channel
    Job or Title *(if known)*      Owner
    Shield Number
    Employer      CBS Television Station
    Address      4200 Radsord Ave
     Studio City    CA    91604
               *City*      *State*      *Zip Code*
    ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name      Spectrum News 1 Channel
    Job or Title *(if known)*      Owner
    Shield Number
    Employer      Spectrum News 1 Channel
    Address      2345 Alaska Ave
     El Segundo    CA    90245
               *City*      *State*      *Zip Code*
    ☒ Individual capacity    ☒ Official capacity

II.     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II.    Basis For Jurisdiction    D.

1) I Am Suing Spectrum News 1 Channel. On Bivens Claim & A § 1983 Claim. The Defendant Has Acted Under Color Of Law. They Have Done Misconduct, Corruption, Obstruction Of Justice.

D. I Am Suing KCal 9 Channel. On Bivens Claim & A § 1983 Claim. The Defendant Has Acted Under Color Of Law. They Have Done Misconduct Corruption, Obstruction Of Justice.

D I Am Suing Unimas 46 Channel. On Bivens Claim & A § 1983 Claim. The Defendant Has Acted Under Color Of Law. They Have Done Misconduct Corruption, Obstruction Of Justice.

D. I Am Suing Steve Jones The Mayor Of The City Of Garden Grove. On Bivens Claim & A § 1983 Claim. The Defendant Has Acted Under Color Of Law. He Has Done Misconduct Corruption, Obstruction Of Justice.

# IV.    Statement Of Claim    A.

A. The Event's Took Place On TV. Spectrum News 1 channel. On August 7, 2019. On There Web Page Aswell

A. The Event's Took Place On TV. K Cal 9 Channel. On August 7, 2019. On There Web Page Aswell

A. The Event's Took Place On TV. UniMas 46 Channel. On August 7, 2019. On There Web Page Aswell

A. The Event's Took On TV, Web Page Social Media In The The City Of Garden Grove. Steve Jones The Mayor Of The City Of Garden Grove. August 7, 2019.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

# IV.    Statement Of Claim    C.

c. On August 7, 2019 At Around 8:00 P.M., The Defendent Spectrum News 1 channel Broadcasted Evidence Video To The Nation With Out My Consent. I Am Fighting The Death Penalty In A Criminal Case. Spectrum News 1 channel Has Guaranteed My Death In The Execution. I Will Never Have A Fair Trial. I Am A Target To The Jury & The People. Also Because It Was Breaking News. My Kid's Saw the Video & Comment's The News Was Saying About There Dad. My Kid's Are Suffering Trauma.

c. On August 7, 2019 At Around 8:00 P.M., The Defendent KCal 9 News Channel, Broadcasted Evidence Video To The Nation With Out My Consent. I Am Fighting The Death Penalty In A Criminal Case. KCal 9 News channel Has Guaranteed My Death In The Execution. I Will Never Have A Fair Trial. I Am A Target To The Jury & People. Also Because It Was Breaking News. My Kid's Saw The Video & Comment's The News Was Saying About There Dad. My Kid's Are Suffering Trauma.

c. On August 7, 2019 At Around 8:00 P.M. The Defendant UniMas 46 channel, Broadcasted Evidence Video To The Nation With Out My Consent. I Am Fighting The Death Penalty In A Criminal Case. UniMas 46 channel Guaranteed My Death In The Execution. I Will Never Have A Fair Trial. I Am A Target To The Jury & People. Also Because It Was Breaking News. My Kid's Saw The Video & Comment's The News Was Saying About There Dad. My Kid's Are Suffering Trauma.

IV.    Statement OF Claim C.

C. On August 7, 2019 At Around 8:00 P.M. The Defendant Steve Jones The Mayor OF The City Of Garden Grove Allowed Evidence To Be Broadcasted. Allowed Evidence To Be Printed In The New's Paper. Allowed Evidence On My High ProFile Case To the Public. With Out My Consent. I Am Fighting The Death Penalty In A Criminal Case. Steve Jones the Mayor OF The City OF Garden Grove. Has Guaranteed My Death In The Execution. I Will Never Have A Fair Trial. I Am A Target To The Jury & The People. Also My Family Are Target's To The Public. Because I Was Broadcasted Every were My Kid's Saw Video Image's OF There Father Plus The Coment's & Head line's Story's All The Press Conference & Media. My Family Are Suffering Trauma.

# IV.   Statement Of Claim D.

D. The Fact's Underlying My Claim With The Defendent Spectrum News 1. Is There Video plus Picture's & Headline Story About Me On There Web Page. Evidence OF My Criminal Case.

D. The Fact's Underlying My Claim With The Defendent KCal 9 news. Is There's Video Plus Picture's & Headline Story's About Me On There Web Page. Evidence OF My Criminal Case.

D. The Fact's Underlying My Claim With The Defendent UniMas 46 channel. Is there's Video Plus Picture's & Headline Story's About Me On There Web Page. Evidence OF My Criminal Case.

D The Fact's Underlying My Claim With The Defendent Steve Jones The Mayor OF The City Of Garden Grove. Is He Allowed All Of This To Happen. It's All Over His Social Media. He Has Lack Of Training. Evidence Should Never Been Published Let Alone Broadcasted On The Air Or The Web

# V.    Injuries

These Are the Injuries Done To Me & My Family By
These Defendents. Spectrum News 1 channel, K Cal 9 News
Channel, UniMas 46 Channel, Steve Jones The Mayor
Of The City Of Garden Grove, Emotional Distress, Anxiety,
Menthal Anguish, Fear, Depressed, Suicidel, Physcological Screwed
Neglect, Life In Danger Of Death, Hate Crime Violence, Abused,
Mistreatment, Discrimination, Brain Trauma, Humiliation,
Trauma To the Head, Health Problems, Harrasment, Isolated,
Crazy, Cyber Bullins, Death Threat's, Bi Polar, Pain & Suffering,
Diabete's, High Blood Pressure, Loss Of Hunger, Loss Of
Sleep, Punched, Kicked, Tazzered, Racist, Beating.
We Have Not Received Treatment Yet!

# VI.    Relief

## My Demands.

① I Want An Apology From. Spectrum News 1 channel, KCal 9 Channel, Uni Mas 46 Channel, Steve Jones The Mayor Of The City Of Garden Grove, To Me & My Family!

② I Want Steve Jones To Pay Me $113,113,113.13. I Want 50% Percent Of What Steve Jones Own's. Checking & Saving's Account, Real Estate's Stock's, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Airplane's, Motorcycles, Boat's.

③ I Want Half Of What The Mayor Of The City Of Garden Grove Office Own's. 50% Checking & Saving Account, Real Est-ates, Stocks, Bonds, Note's, Automobiles, Valuable Property, Jewelry, Airplane, Motorcycle's, Boat's. I Want It Divided Into Four Equal Part's & Donated To These Organization.
Operation Smile .org  Donate
Food Foward .org     Donate
Food Bank .org     Donate
Save The Children .org   Donate
FootNote: Donor's Name ⑨ The GodFather Family!

④ I Want Spectrum News 1 channel To Pay Me $113,113,113.13. Cash. I Want 50% Percent Of The Company Spectrum News 1 Channel. & What It Own's. Checking & Saving's Acc-ount, Real Estate's Stock's, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Airplane, Motorcycles, Boat's.

⑤ I Want KCal 9 News channel To Pay Me $113,113,113.13. Cash. I Want 50% Percent Of The Company KCal 9 New channel. & What It Own's. Checking & Saving's Account, Real Estate's, Stock's, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Airplane, Motorcycle's, Boats

FootNote: Nothing Is More Important Than Keeping My Family Safe & Protected!

# VI. Relief

## My Demands

⑥ I Want Uni Mas 46 Channel To Pay Me $113,113,113.13 Cash. I Want The $113,113,113.13 Cash Donated To These Organizations. In Four Equal Part's.
Operation Smile . Org  Donate
Food Foward . Org  Donate
Food Bank . Org  Donate
Save The Children . Org  Donate
Footnote : Donor's Name ⊙ The God Father Family!

⑦ I Want 50% Percent OF The Company Uni Mas 46 Channel & What It Own's. Checking & Savings Account, Real Estates, Stocks, Bonds, Note's, Automobiles, Valuable Property, Jewelry, Airplane's, Motorcycles, Boat's.

⑧ I Want The Rights Reserve From Video & Picture's Evidence. That Occured August 7, 2019. I Want All Head line Story's About Me Deleted From Spectrum News 1 Channel, KCal 9 News Channel, Uni Mas 46 Channel, Steve Jones The Mayor OF The City Of Garden Grove, Social Medias & .Com Web Page's!

⑨ I Want Steve Jones The Mayor OF The City Of Garden Grove Fired, Disciplined

⑩ I Want CBS Television Station To Pay Me $113,113,113.13 I Want 50% Percent OF The Company CBS Television Station & What It Own's. Checking & Saving's Account, Real Estate's, Stocks, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Airplane's, Motorcycles, Boat's.

⑪ I Want Half OF What Wade Davis Own's. Checking & Saving's Account, Real Estate's, Stocks, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Airplane's, Motorcycle's, Boat's. I Want Divided To Four Equal Part's & Donated To These Organization's! Operation Smile .org Donate! Food Foward .org Donate! Food Bank .org Donate! American Heart Association .org Donate!
Foot Note : Donor's Name ⊙ The God Father Family!

C.  What date and approximate time did the events giving rise to your claim(s) occur?

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined
in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not
exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the
events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance
procedure?

☐ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose
cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

2.  What did you claim in your grievance?

3.  What was the result, if any?

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.   Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2.   Court *(if federal court, name the district; if state court, name the county and State)*

    3.   Docket or index number

    4.   Name of Judge assigned to your case

    5.   Approximate date of filing lawsuit

    6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Dec 10, 2021

Signature of Plaintiff

Printed Name of Plaintiff    Zachary Castañeda

Prison Identification #    #3128898

Prison Address    501 The City Dr. South

Orange                CA        92868
         *City*                    *State*         *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

         _____
         *City*                    *State*         *Zip Code*

Telephone Number    _____

E-mail Address    _____